# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Martin C. Ashman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 214 - 1 | **DATE** | 3/17/2008 |
| **CASE TITLE** | USA vs. Humberto Manriquez-Vazquez | | |

**DOCKET ENTRY TEXT**

Preliminary examination hearing of 3/18/2008 is stricken, the court having been notified that defendant waives his right to preliminary examination. Enter a finding of probable cause; order defendant bound to the District Court for further proceedings.

Docketing to mail notices.

| | Courtroom Deputy Initials: | IS |
|---|---|---|