FILED
APR 01 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 08 CR214 |
| | ) | |
| v. | ) | Violations: Title 18, United States |
| | ) | Code, Sections 1028(a)(1), |
| | ) | 1028(a)(5), and 1542 |
| HUMBERTO MANRIQUEZ-VAZQUEZ | ) | |

JUDGE AMY ST. EVE

MAGISTRATE JUDGE ASHMAN

### COUNT ONE

The SPECIAL FEBRUARY 2008-1 GRAND JURY charges:

On or about March 11, 2008, at Mundelein, in the Northern District of Illinois, Eastern Division,

HUMBERTO MANRIQUEZ-VAZQUEZ,

defendant herein, did knowingly possess document-making implements, namely computer equipment, a digital camera, a scanner, a laminating machine, a cutter for such material, as well as several blank counterfeit permanent resident cards, with the intent that such document-making implements would be used in the production of a false identification document, namely permanent resident cards that appeared to be issued under the authority of the United States.

In violation of Title 18, United States Code, Section 1028(a)(5).

## COUNT TWO

The SPECIAL FEBRUARY 2008-1 GRAND JURY further charges:

On or about September 18, 2005, at Mundelein, in the Northern District of Illinois, Eastern Division,

### HUMBERTO MANRIQUEZ-VAZQUEZ,

defendant herein, did knowingly, and without lawful authority, produce a false identification document that appeared to be issued under the authority of the United States, namely, a false permanent resident card in the name of Individual A;

In violation of Title 18, United States Code, Section 1028(a)(1).

## COUNT THREE

The SPECIAL FEBRUARY 2008-1 GRAND JURY further charges:

On or about October 25, 2004, at Vernon Hills, in the Northern District of Illinois, Eastern Division,

HUMBERTO MANRIQUEZ-VAZQUEZ,

defendant herein, willfully and knowingly made a false statement in an application for passport with intent to induce and secure the issuance of a passport under the authority of the United States, for his own use, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, namely, defendant falsely represented on an application for a United States Passport that he was Individual B, with date of birth XX/XX/1968, when in truth and in fact, as defendant well knew, he was not Individual B, and defendant's true name was Humberto Manriquez-Vazquez, with date of birth XX/XX/1972;

In violation of Title 18, United States Code, Section 1542.

## **FORFEITURE ALLEGATION**

The SPECIAL FEBRUARY 2008-1 GRAND JURY further charges:

1. The allegations of Counts One and Two of this Indictment are realleged and incorporated by reference as if fully restated herein for the purposes of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 1028(g).

2. As a result of his violations of Title 18, United States Code, Sections 1028(a)(1) and 1028(a)(5), as alleged in Counts One and Two of this indictment,

HUMBERTO MANRIQUEZ-VAZQUEZ,

defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 1028(g), any and all right, title and interest defendant has in any property that was used and intended to be used, in any manner or part to commit and to facilitate the commission of the said violations.

3. The interests of the defendant subject to forfeiture pursuant to Title 18, United States Code, Section 1028(g), include but are not limited to, the following items: (a) one Western Digital External Hard Drive Serial Number WCAPD3337019; (b) one Western Digital External Hard Drive Serial Number WCAPW2172309; (c) one Acer Laptop Computer Serial Number LXE820X0037510F6D62000; (d) one Buslink External Hard Drive Serial Number 2Q4A-2124; (e) one Linksys Thumb Drive Serial Number LCS106113145; (f) seized peripheral connecting cables and equipment; (g) seized computer disks, including compact disks, floppy disks, CD-Rom disks, and zip disks; (h) a digital camera; (i) a scanner; (j) a laminating machine; (k) a cutter for such material; and (l) several blank counterfeit permanent resident cards.

All pursuant to Title 18, United States Code, Section 1028.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY