


Case 1:08-cr-00214 Document 8 Filed 04/01/2008 Page 1 of 1

*Felony NF*

# FILED
APR 0 1 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**NH**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

**MAGISTRATE JUDGE ASHMAN**

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? NO ☐ YES ☒ If the answer is "Yes", list the case number and title of the earliest filed complaint:
   *Ashman  08 CR 214  US v. Manriquez-Vazquez*

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations? NO ☒ YES ☐ If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)): **JUDGE AMY ST. EVE**

3) Is this a re-filing of a previously dismissed indictment or information? NO ☒ YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? NO ☒ YES ☐ If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District? NO ☒ YES ☐

6) What level of offense is this indictment or information? FELONY ☒ MISDEMEANOR ☐

7) Does this indictment or information involve eight or more defendants? NO ☒ YES ☐

8) Does this indictment or information include a conspiracy count? NO ☒ YES ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   ☐ Homicide ............ (II)        ☐ Income Tax Fraud ......... (II)        ☐ DAPCA Controlled Substances .. (III)
   ☐ Criminal Antitrust ...... (II)    ☐ Postal Fraud ............. (II)        ☐ Miscellaneous General Offenses .. (IV)
   ☐ Bank robbery ......... (II)       ☐ Other Fraud .............. (III)       ☒ Immigration Laws .......... (IV)
   ☐ Post Office Robbery .... (II)     ☐ Auto Theft ............... (IV)        ☐ Liquor, Internal Revenue Laws ... (IV)
   ☐ Other Robbery ........ (II)       ☐ Transporting Forged Securities . (III) ☐ Food & Drug Laws ......... (IV)
   ☐ Assault .............. (III)      ☐ Forgery .................. (III)       ☐ Motor Carrier Act .......... (IV)
   ☐ Burglary ............ (IV)        ☐ Counterfeiting ........... (III)       ☐ Selective Service Act ....... (IV)
   ☐ Larceny and Theft ..... (IV)      ☐ Sex Offenses ............. (II)        ☐ Obscene Mail ............. (III)
   ☐ Postal Embezzlement .... (IV)     ☐ DAPCA Marijuana .......... (III)       ☐ Other Federal Statutes ...... (III)
   ☐ Other Embezzlement .... (III)     ☐ DAPCA Narcotics .......... (III)       ☐ Transfer of Probation Jurisdiction . (V)

10) List the statute of each of the offenses charged in the indictment or information.
    18 USC § 1028(a)(1)
    18 USC § 1028(a)(5)
    18 USC § 1542

_____
Stephen P. Baker
Assistant United States Attorney

(Revised 12/99)