Minute Order Form (rev. 4/99)

08 GJ 325   NF

## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge If Other Than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 CR 0214 | DATE | APRIL 1, 2008 |
| CASE TITLE | US v. HUMBERTO MANRIQUEZ-VAZQUEZ | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING

### SPECIAL FEBRUARY 2008-1

The Grand Jury for the _____ Session, a quorum being present, returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge _____ /s/ Michael T. Mason _____

Docket Entry:

NO BOND SET, DETAINED BY MAGISTRATE.

JUDGE AMY ST. EVE

FILED
APR 0 1 2008   NF
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT
MAGISTRATE JUDGE ASHMAN

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE                UNDER SEAL)

| | | | Number of notices | DOCKET # |
|---|---|---|---|---|
| ☐ No notices required, advised in open court. | | | Date docketed | |
| ☐ No notices required. | | | Docketing dpty. initials | |
| ☐ Notices mailed by judge's staff. | | | | |
| ☐ Notified counsel by telephone. | | | | |
| ☐ Docketing to mail notices. | | | Date mailed notice | |
| ☐ Mail AO 450 form. | | | Mailing dpty. initials | |
| ☐ Copy to judge/magistrate judge. | | | | |
| Courtroom Deputy Initials | Date/time received in Central Clerk's office | | | |