UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No.  08 CR 214 |
| | ) | |
| v. | ) | |
| | ) | Judge St. Eve |
| | ) | |
| HUMBERTO MANRIQUEZ-VAZQUEZ | ) | |

**GOVERNMENT'S MOTION TO ENTER AGREED PROTECTIVE ORDER**

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, hereby moves for entry of the attached protective order. In support of this Motion, the Government states:

1. Defendant has been indicted for a series of offenses involving the manufacture of fraudulent identification.

2. The discovery in this case contains material with personal identifying information.

3. The parties agree that entry of the attached Protective Order is appropriate.

4. The entry of the attached Order would be without prejudice to either party coming before the Court and seeking its modification or enforcement as appropriate.

WHEREFORE, the United States moves for the entry of the attached Agreed Order.

Respectfully submitted,
PATRICK J. FITZGERALD
United States Attorney

By:   /s Stephen P. Baker
STEPHEN P. BAKER
Assistant U.S. Attorney
219 S. Dearborn St., 5th Floor
Chicago, Illinois  60604
(312) 353-1598

## Certificate of Service

The undersigned Assistant United States Attorney hereby certifies that in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR 5.5 and the General Order on Electric Case Filing (ECF), that the United States' Motion for Entry of Agreed Protective Order was served on counsel to the defendant:

Daniel J. Hesler
Federal Defender Program
55 E. Monroe, Suite 2800
Chicago, IL 60603

                                                By: Stephen P. Baker
                                                    STEPHEN P. BAKER
                                                    Assistant United States Attorney
                                                    219 South Dearborn Street
                                                    Chicago, Illinois 60604
                                                    (312) 353-1598

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No.  08 CR 214 |
| | ) | |
| v. | ) | |
| | ) | Judge St. Eve |
| | ) | |
| HUMBERTO MANRIQUEZ-VAZQUEZ | ) | |

**AGREED PROTECTIVE ORDER**

The government has filed an agreed motion for a protective order.  The government's motion is GRANTED, and it is hereby ORDERED as follows:

1. All materials produced in this case and designated as protective order material, or marked with a "POM" bates marker in production, shall be covered by this Order.

2. All materials produced by the government pursuant to this order remain the property of the United States.  Upon conclusion of the trial and any appeals of this case or the earlier resolution of charges against the defendant, materials produced in discovery and all copies made thereof shall either be destroyed or maintained under secure conditions by defense counsel, unless there is a specific request by the government for the return of particular documents.

3. Any discovery material provided by the United States may be used by defendant and his counsel solely in connection with the defense of this case and for no other purpose.  Neither discovery materials, nor any of their contents, shall be disclosed either directly or indirectly to any person or entity other than the defendant, employees of the Federal Defender, persons assisting in the defense, persons who are interviewed (as potential witnesses) or consulted (as potential experts) during the course of the preparation for trial of this case, or such other persons as to whom the Court may authorize disclosure.

4. Discovery pursuant to this order may not be reproduced without the specific agreement of the assigned AUSA.

5. The restrictions set forth in this order do not apply to documents that are (or become) public record, including but not limited to, trial transcripts, documents that have been received in evidence at other trials, or documents that are otherwise properly placed in the public domain. Personal identifying information will be removed from discovery before any such material is publicly filed with the Clerk, and documents such as bank records shall not be placed in the public domain, except as necessary when used as exhibits at trial.

6. The parties are ordered to retain copies of all documents that are provided in discovery under the Protective Order. Documents or portions of documents produced in discovery that require the Court's review and contain personal identifying information (or should remain confidential for other reasons, such as police records or raw investigative interview reports) shall be submitted to chambers *in camera* in a sealed envelope bearing the caption of the case, case number, the title of the motion or response to which the submitted information pertains, and the name and telephone number of counsel submitting the documents. The producing party shall maintain the original documents intact for any further review. A redacted copy of the pleading shall be filed with the Clerk of Court for the record.

7. Defense counsel shall be the sole possessor of any protected order material produced to the defense pursuant to this order and shall not leave any protective order material within the custody of the defendant or any other individual.

8. Each party reserves all other rights relating to discovery and the production of documents, including the right to petition the Court to construe, modify, or enforce this Order upon proper notice. The Court retains jurisdiction to resolve any disputes regarding this Order.

ENTERED:

_____
Amy St. Eve
United States District Court Judge

Date: _____