UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 08 CR 214 |
| | ) | |
| TERRENCE L. CARTER | ) | Judge St. Eve |

**NOTICE OF MOTION**

To:   Daniel J. Hesler
      Federal Defender Program
      55 E. Monroe, Suite 2800
      Chicago, IL 60603

   PLEASE TAKE NOTICE that on May 27, 2008, at 8:30 a.m. or as soon thereafter as counsel may be heard, I will appear before Judge Amy St. Eve in the courtroom usually occupied by her in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in her place and stead, and then and there present: GOVERNMENT'S MOTION TO ENTER AGREED PROTECTIVE ORDER.

                              Respectfully submitted,

                              PATRICK J. FITZGERALD
                              United States Attorney

                         By:  s/Stephen P. Baker
                              STEPHEN P. BAKER
                              Assistant United States Attorney
                              219 S. Dearborn St.
                              Chicago, Illinois  60604
                              (312) 353-1598

## CERTIFICATE OF SERVICE

I, Stephen P. Baker, hereby certify that on May 20, 2008, I caused a copy of the foregoing GOVERNMENT'S NOTICE OF AND MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER, to be served upon Defense Counsel Daniel Hessler pursuant to L.R. 5.9 through the Northern District of Illinois's CM/ECF electronic filing system.

        Respectfully submitted,

        PATRICK J. FITZGERALD
        United States Attorney

By:  s/Stephen P. Baker
        STEPHEN P. BAKER
        Assistant United States Attorney
        219 S. Dearborn St.
        Chicago, Illinois  60604
        (312) 353-1598