## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Amy J. St. Eve | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 214 | **DATE** | 5/21/2008 |
| **CASE TITLE** | USA vs. Humberto Manriquez-Vazquez | | |

**DOCKET ENTRY TEXT**

Enter Agreed Protective Order.

■ [ For further detail see separate order(s).]   Docketing to mail notices.

| | Courtroom Deputy Initials: | TH |
|---|---|---|