# United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | Amy J. St. Eve | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 214 - 1 | **DATE** | 7/28/2008 |
| **CASE TITLE** | United States vs. Humberto Manriquez-Vazquez | | |

**DOCKET ENTRY TEXT**

Change of plea hearing held on 7/28/08. Defendant withdraws plea of not guilty and enters a plea of guilty to Counts II and III of the Indictment. Plea Agreement signed in open court. Defendant informed of his rights. Judgment of guilty entered. Cause referred to the Probation Office for a Pre-Sentence Investigation. Government to file its version by or on 8/4/08. Defendant to file his version by or on 8/11/08. Sentencing set for 10/17/08 at 9:30 a.m.

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | KF |
|---|---|---|

U.S. DISTRICT COURT

2008 JUL 28 AM 10: 19

FILED